UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States</u>

    v.                        Case No. 04-cr-163-01-SM

<u>Bruce LaBarge</u>


<u>ORDER</u>

    Re: Document No. 19, Motion for Defendant to be Granted a Furlough to Attend Funeral

    Ruling: Granted.  The defendant is hereby temporarily released from custody on the following terms and conditions.  Defendant is released to the custody of his father, Bruce Labarge, Sr.,  from 9:30 a.m. until 7:00 p.m. on Thursday, March 27, 2008, for the sole purpose of attending the funeral of his aunt and related reception.  Defendant shall report back to the Strafford County House of Corrections in Dover, New Hampshire no later than 7:00 p.m. on March 27, 2008.  Defendant shall remain in the physical presence of Bruce Labarge, Sr.,  during the entire period of release, from 9:30 a.m. until he returns to custody status, and shall be subject to drug testing at the discretion and direction of the United States Probation Office.

                                              Steven J. McAuliffe
                                              Chief Judge

Date:  March 25, 2008

cc:  Jeffrey Levin, Esq.
     Don Feith, AUSA
     US Probation
     US Marshal